1088

[No. 58761-7-I. Division One. July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. L.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-00168-2, Carol A. Schapira, J., entered August 29, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58834-6-I. Division One. July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK SHANNON HUSBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06714-2, Helen Halpert, J., entered August 10, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58912-1-I. Division One. July 30, 2007.]

BERSCHAUER PHILLIPS CONSTRUCTION COMPANY, *Respondent*, v. CONCRETE SCIENCE SERVICES OF SEATTLE, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-05087-1, Mary E. Roberts, J., entered August 29, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58913-0-I. Division One. July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK WAYNE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10542-5, Helen Halpert, J., entered September 13, 2006. *Affirmed* by unpublished per curiam opinion.